IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CEDRICK M. BEACHUM,

    Petitioner,

vs.                                    CASE NO. 5:07cv266/RS-MD

WALTER A. McNEIL, [1]

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 32). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Order and Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's Motion to Dismiss (Doc. 28) is granted.

3. The Second Amended Petition for Writ of Habeas Corpus (Doc. 22), which challenges the convictions and sentences in *State of Florida v. Cedrick Beachum* in the Circuit Court of Gulf County, Florida, Case Nos. 99-155 and 99-316, is dismissed with prejudice.

4. The clerk is directed to close the file.

---

[1] Walter A. McNeil succeeded James R. McDonough as Secretary of the Florida Department of Corrections, and is automatically substituted as the Respondent. Fed. R. Civ. P. 25(d)(1).

**ORDERED** on March 2, 2009.

                                            <u>/S/ Richard Smoak</u>
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**